In the Matter of TONY AVELLA et al., Respondents, v CITY OF NEW YORK et al., Respondents, and QUEENS DEVELOPMENT GROUP, LLC, et al., Appellants.

Submitted February 27, 2017; decided March 23, 2017

Motion by Natural Resources Defense Council et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.